SHAWN KHORRAMI, ESQ., SBN 180411
  skhorrami@khorrami.com
ROBERT J. DREXLER, JR., SBN 119119
  rdrexler@khorrami.com
BEVIN E. ALLEN, SBN 221936
  ballen@khorrami.com

KHORRAMI, LLP
444 S. Flower Street
33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

*Attorneys for Plaintiffs and the Class*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WEBSTER, an individual; RACHEL CHAMBERS, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DEL MONTE CORPORATION., a California corporation; DEL MONTE FOODS, a dba of Del Monte Corporation or a California corporation; MILO'S KITCHEN LLC, a California limited liability company; DOES 1-10, inclusive,<br><br>Defendant(s) | Case No. 2:12-cv-07654-JAK-MRW<br>(Assigned to Hon. John A. Kronstadt)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>Complaint filed: June 22, 2012<br>Action removed: September 6, 2012 |

1  Upon consideration of the parties' Stipulation to Remand Action to the
2  Superior Court of California, County of Los Angeles, and having determined good
3  cause shown, the Court hereby ORDERS that the action be remanded to the Los
4  Angeles Superior Court, Case No. BC 486845.

**IT IS SO ORDERED.**



Dated: November 20, 2012  _____

Hon. John A. Kronstadt
United States District Judge

**KHORRAMI, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010